1  Joel R. Bryant (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Telephone: (619) 239-7900
4  Facsimile: (619) 239-7800

5  Attorneys for Plaintiff, Shawn Swanson

6  Wendy A. Sugg (State Bar No. 223335)
   wsugg@crowell.com
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA 92614-8505
   Telephone: (949) 263-8400
9  Facsimile: (949) 263-8414

10  Attorneys for Defendant AT&T Mobility Services, LLC

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  SHAWN SWANSON,                          CASE NO. 3:13-cv-03609-TEH

15                 Plaintiff,               STIPULATION OF DISMISSAL

16         v.
                                            Dept.:   Courtroom 12, 19th Flr.
17  AT&T MOBILITY SERVICES LLC,             Judge:   Hon. Thelton E. Henderson
    and DOES 1-100,
18
19                 Defendants.

20

21

22       IT IS HEREBY STIPULATED by and between Plaintiff Shawn Swanson,

23  and Defendant AT&T Mobility Services, through their designated counsel that

24  AT&T Mobility Services be and is hereby dismissed with prejudice from the

25  ///

26  ///

27  ///

28  ///

above-captioned action pursuant to FRCP 41(a)(2). This matter was previously consolidated with Cruz et al. v. AT&T Mobilty, Case No. 3:11-cv-04508-TEH on June 25, 2013 (Ex. A), and as such was settled as part of the global settlement of that action on July 1, 2013 (Ex. B).

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated:  August 8, 2013        /s/   *Joel R. Bryant*

Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CROWELL & MORING, LLP**

Dated: August 8, 2013         /s/   *Wendy A. Sugg*
Wendy A. Sugg, Esq.
wsugg@crowell.com
Attorney for Defendant

08/08/2013

IT IS SO ORDERED

Judge Thelton E. Henderson